UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICKY VILLANUEVA,

     Plaintiff,

v.                                                                  Case No: 8:16-cv-949-T-36TBM

NEXT LEVEL COMMERCIAL
CLEANING CORP.,

     Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on May 5, 2017 (Doc. 29). In the Report and Recommendation, Magistrate Judge McCoun recommends that the Court deny as moot the parties' Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal With Prejudice (Doc. 24) and grant the Amended Joint Motion to Approve FLSA Settlement and to Dismiss With Prejudice (Doc. 28). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). The parties filed a Joint Notice of No Objection (Doc. 30).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1)     The Report and Recommendation of the Magistrate Judge (Doc.29) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2)     The parties' Joint Motion for Approval of Parties' Settlement Agreement and Stipulated Dismissal With Prejudice (Doc. 24) is **DENIED as moot.**

(3)     The parties' Amended Joint Motion to Approve FLSA Settlement and to Dismiss with Prejudice (Doc. 28) is **GRANTED**.  The Settlement Agreement (Doc. 28 - Ex. A, B) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(4)     This action is **DISMISSED**, with prejudice.

(5)     The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on May 9, 2017.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record

2